KRISTA HART
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, California 95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Stephen McKesson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 08-462 GEB |
| Plaintiff, | |
| v. | **PROPOSED ORDER** |
| STEPHEN McKESSON, | |
| Defendant. | |

**GOOD CAUSE APPEARING** the status conference currently set for December 2, 2011, is vacated and reset for December 16, 2011, at 9:00 a.m.

Dated: November 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge